Marc Days, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
DENNIS FALASCHI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS FALASCHI<br><br>    Defendant. | Case No.: 1:22-cr-00103 JLT-SKO<br><br>STIPULATION REGARDING SELF SURRENDER |

**IT IS HEREBY STIPULATED BY THE PARTIES** through their counsel, Assistant United States Attorney, Joseph Barton, counsel for the government, and Marc Days, counsel for Dennis Falaschi that:

- Mr. Falaschi will self-surrender to the FBI outside the front entrance of the federal courthouse located at 2500 Tulare Street in Fresno, California on Thursday, April 21, 2022, at 8:30 a.m.;

- Mr. Falaschi will be taken to the U.S. Marshals office where he will be booked, processed, and released back to the custody of the FBI;

- The FBI will then release Mr. Falaschi to the custody of his attorney for an initial appearance and arraignment on the indictment that same day, April 21, 2022, via zoom;

- Mr. Falaschi will remain in the custody of his attorney until further order of the court;

- Mr. Falaschi agrees that this counts as an arrest and that the government is entitled to request his detention and a full detention hearing under Title 18, United States Code Section 3142 ("Section 3142"); and

- Mr. Falaschi waives any right he may have to assert that this is not an arrest and that the government does not have the right to request his detention and a full detention hearing under Section 3142.

**IT IS SO STIPULATED.**

I consent to the above stipulation

Date:  April 20, 2022                                     Marc Days
                                                                         Days Law Firm

                                                                         */s/ Marc Days*
                                                                         MARC DAYS
                                                                         Attorney for Defendant
                                                                         Dennis Falaschi

I consent to the above stipulation

Dated:  April 20, 2022                                  PHILLIP A. TALBERT
                                                                         United States Attorney


                                                                         */s/ Joseph Barton*
                                                                         JOSEPH BARTON
                                                                         Assistant United States Attorney