AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

FILED
APR 21 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK



USMS FRESNO RCVD
APR 15 2022 AM10:01

| United States of America | ) |
|---|---|
| v. | ) |
| **DENNIS FALASCHI** | ) Case No. 1:22-cr-00103 JLT-SKO |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DENNIS FALASCHI**_____,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 371 – Conspiracy (One Count); 18 U.S.C. § 641 – Theft of Government Property (One Count)
    26 U.S.C. § 7206(1) – Filing a False Tax Return (Three Counts)
    18 U.S.C. § 981(a)(1)(C), 26 U.S.C. § 7301, and 28 U.S.C. § 2461(c) – Criminal Forfeiture

Date: **Apr 14, 2022**                                                              *Erica P. Grosjean*
                                                                                    *Issuing officer's signature*

City and state:    Fresno, CA                                              **Erica P. Grosjean, U.S. Magistrate Judge**
                                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 4/14/22, and the person was arrested on *(date)* 4/21/22
at *(city and state)* Tulare, Co, CA.

Date: 4/21/22                                                                      *[signature] for FBI*
                                                                                    *Arresting officer's signature*

                                                                                    F. Aguirre, IA
                                                                                    *Printed name and title*