PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00103-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. |  |
| DENNIS FALASCHI, | DATE:   August 31, 2022<br>TIME:   1:00 p.m.<br>JUDGE:  Hon. Sheila K. Oberto |
| Defendant. |  |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for August 31, 2022, may be continued until November 2, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The government has produced discovery to defense counsel.  Defense counsel has further investigation to perform in this case.  The parties agree that time under the Speedy Trial Act shall be excluded through November 2, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated:  August 23, 2022          /s/ Marc Days
                                 MARC DAYS
                                 Counsel for Dennis Falaschi

Dated:  August 23, 2022          /s/ Joseph Barton
                                 JOSEPH BARTON
                                 Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00103-JLT-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

**ORDER**

Upon the parties' stipulation and for good cause shown, the Status Conference scheduled for August 31, 2022, is continued until November 2, 2022, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through November 2, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 8/24/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE