**EXHIBIT B(1)**
Full Property Detail Report for Fresno County Parcel # (APN) 004-080-51S.



# PARCELQUEST LITE
## FULL PROPERTY DETAIL REPORT

County, Paul Dictos, Assessor

Property Address:

Parcel # (APN):
**004-080-51S**

### General Information

| | |
|---|---|
| Parcel # (APN): | **004-080-51S** |
| Owner: | **LINNEMAN CAROL SANGUINETTI JACK TR** |
| Mailing Address: | |
| Legal Description: | **SUR RTS 249.73 ACS IN SEC 7 T12R12** |
| Use Type: | **AGRICULTURAL** |
| Tax Rate Area: | **064-017** |



### Assessment

| | | | |
|---|---|---|---|
| Total Value: | **$585,383** | Year Assd: | **2021** |
| Land: | **$577,297** | Zoning: | **A1** |
| Structures: | **$8,086** | Use Code: | **OFIEVLM** |
| Other: | | Census Tract: | **84.02/2** |
| % Improved: | **1%** | Price/SqFt: | |
| Exempt Amt: | | | |
| HO Exempt: | **N** | | |

### Sale History

| | Sale 1 | Sale 2 | Sale 3 | Transfer |
|---|---|---|---|---|
| Document Date: | | | | |
| Document Number: | | | | |
| Document Type: | | | | |
| Transfer Amount: | | | | |
| Seller (Grantor): | | | | |

### Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Bedrooms: | | Fireplace: | | Units: | |
| Baths (Full): | | A/C: | | Stories: | |
| Baths (Half): | | Heating: | | Quality: | |
| Total Rooms: | | Pool: | | Building Class: | |
| Bldg/Liv Area: | | Park Type: | | Condition: | |
| Lot Acres: | **249.730** | Spaces: | | Site Influence: | |
| Lot SqFt: | **10,878,238** | Garage SqFt: | | Timber Preserve: | |
| Year Built: | | | | Ag Preserve: | |
| Effective Year: | | | | | |

Visit us: www.ParcelQuest.com    * The information provided here is deemed reliable, but is not guaranteed.    © 2021 ParcelQuest