**EXHIBIT B(2)**
Fresno County Assessor's Map, Book 4, Page 08.

SUBDIVIDED LAND IN SEC'S 7, 8 & 8, T.12S., R.12E., M.D.B. & M.

Tax Area
64-016
64-017
64-018

4-08

1" = 800'

Scale: 1" = 800'

Parcels and acreages (as labeled on map):

- (57) AP-1600, 194.00 Ac. — parcels 169–176
- (53) ST, 3.91 Ac.
- (3) AP-2638, 138.40 Ac. — parcels 177–184
- Eagle Field Water Dist.
- (49) AP-1600, 2.68 Ac.
- (54) ST, 6.03 Ac. — Eagle Field Water Dist.
- (56) S, AP-1656, 147.34 Ac.
- (42) S, AP-2708, 93.57 Ac.
- (5) S, 74.76 Ac.
- (58) 86.01 Ac.
- (59) 52.80 Ac.
- Parcels 155–168, 153, 154
- (16) S, 14.04 Ac.
- (20) S, AP-2706, 40.00 Ac.
- Parcels 121–136
- (51) S, AP-835, 249.73 Ac.
- (33) S, 20.00 Ac.
- (40) AP-2638, 52.70 Ac.
- (26) S, 12.03 Ac.
- (24) S, 4.0 Ac.
- (23) 7.33 Ac.
- (25) S, 16.10 Ac.
- (22) S, 11.45 Ac.
- (21)
- Parcels 105–120

Streets/Features: O.L.T. AVE., KEY AVE., DELTA-MENDOTA, ORA LOMA AVE., OXFORD, CAMBRIA, EAGLE AVE., COPPER AVE., CANAL

R.11E. / R.12E.

Agricultural Preserve
Oro Loma Tract - Misc. Bk. 1, Pg. 42

Assessor's Map Bk. 4 — Pg. 08
County of Fresno, Calif.

1964

NOTE – Assessor's Block Numbers Shown in Ellipses.
Assessor's Parcel Numbers Shown in Circles.