**EXHIBIT D**
Excerpt of Reporter's Transcript of Grand Jury Proceedings, Testimony of Chris Bettencourt, November 1, 2018.

```
 1              IN THE UNITED STATES DISTRICT COURT FOR THE

 2                    EASTERN DISTRICT OF CALIFORNIA

 3                        GRAND JURY PANEL 2017

 4                                -oOo-

 5     IN THE INVESTIGATION OF         )
                                       )
 6     PANOCHE WATER DISTRICT          )
                                       )
 7                                     )
                                       )
 8                                     )
       _____)
 9
       Fresno, California                      November 1, 2018
10     10:43 A.M. start time

11                         REPORTER'S TRANSCRIPT
                                   OF
12                        GRAND JURY PROCEEDINGS
                      TESTIMONY OF CHRIS BETTENCOURT
13

14

15

16     APPEARANCES:

17        For the Plaintiff:      UNITED STATES ATTORNEY'S
                                  OFFICE
18                                4401 Federal Building
                                  2500 Tulare Street
19                                Fresno, California  93721
                                  BY:  GRANT RABENN,
20                                     Assistant U.S. Attorney

21

22

23

24

25     REPORTED BY:  TAMARA MENDOZA SUMPTER, C.S.R. 9993
```

               MOORE COURT REPORTERS (559)732-3225                1

FALASCHI_00000013

```
 1                      I-N-D-E-X
 2
 3    WITNESSES:                                    PG.
 4    CHRIS BETTENCOURT                             5
 5
 6                    E-X-H-I-B-I-T-S
 7
 8    GRAND JURY EXHIBIT:
 9    None marked
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        A.   Or nothing.
 2        Q.   Okay.
 3        A.   Yes.
 4             A JUROR:  My lawn died.
 5             MR. RABENN:  Yeah, that's when all of our lawns
 6   died.
 7             THE WITNESS:  And Panoche was all green.
 8             MR. RABENN:  But Panoche was all green, yes.  Yes.
 9             A JUROR:  So the lift that was installed, didn't
10   someone have to approve that?
11             A JUROR:  The Linneman lift?
12             A JUROR:  Yes.
13   BY MR. RABENN:
14        Q.   She's asking did --
15             Are you saying did anyone from the government have
16   to approve that?
17             A JUROR:  You said that farm area belonged to
18   Linneman, right?
19   BY MR. RABENN:
20        Q.   She's asking did Mr. Linneman, the farmer, have to
21   approve of this, or do he know about this?  Did you ever
22   interact with him?
23        A.   Yes.
24        Q.   What -- was he aware of this water diversion?
25        A.   Yes.
```

FALASCHI_00000068

1  Q. And because you talked to him about it?
2  A. Yes.
3  Q. And would he get some of that water?
4  A. Yes.
5  Q. Did he have a tomato field that was adjacent to
6  that land?
7  A. No, cotton.
8  Q. Cotton. Okay.
9  A. Yeah.
10 Q. So he would use that water to water his cotton
11 fields?
12 A. Correct. Either himself or his head irrigator
13 would call and say, "Hey, the canal is running a little bit
14 low. You guys need to add some more Linneman lift water in
15 there so we can run our pumps." And we didn't meter or
16 monitor any of his water outtake. So he farmed,
17 essentially, for free.
18 Q. It was a good deal for him?
19 A. And he's a board member also.
20 Q. Okay.
21    A JUROR: Really good deal.
22 BY MR. RABENN:
23 Q. So there's a great incentive for him to not report
24 that diversion to the Water Authority?
25 A. That's correct.

FALASCHI_00000069

**CERTIFICATE**

     I, TAMARA L. MENDOZA SUMPTER, Certified Shorthand Reporter,

DO HEREBY CERTIFY:

     That the foregoing is a true and accurate transcript, to the best of my skill and ability, from my stenographic notes of this proceeding.

Date: March 18, 2022

*[Signature]*

TAMARA L. MENDOZA SUMPTER
C.S.R. 9993