**EXHIBIT E**
Excerpt of FBI Interview of Chris Bettencourt, July 12, 2016.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | **INTERVIEW WITH CHRIS BETTENCOURT** |
| 8 | | **Q=SA Cusak** |
| 9 | | **Q1=Special Agent (Mark Silva)** |
| 10 | | **Q2=(Vince)** |
| 11 | | **A=Chris Bettencourt** |
| 12 | | |
| 13 | | |
| 14 | Q: | This is Special Agent (Jonathan) Cusak at the IRS mer- Modesto field office. |
| 15 | | I'm with Special Agent (Mark Silva) of the IRS and Chris Bettencourt. It is |
| 16 | | July 12, 2000 thir- 2016, at, uh, 11:44 am. So just... |
| 17 | | |
| 18 | A: | Okay. |
| 19 | | |
| 20 | Q: | ...keep on talking like usual. |
| 21 | | |
| 22 | A: | All right. And there's that other one that you wanted. That was the most recent |
| 23 | | one. |
| 24 | | |
| 25 | Q: | Uh, okay. So this is... |
| 26 | | |
| 27 | A: | An ex-employee that they fired. |
| 28 | | |
| 29 | Q: | Okay. So he's saying he's working on (Dennis)'s house with taxpayer's |
| 30 | | money. What did this ex-employee do? His name is (Barrett). |
| 31 | | |
| 32 | A: | (Chufo). |
| 33 | | |
| 34 | Q: | (Chufo). What - what did he do? |
| 35 | | |
| 36 | A: | Worked for (Atomic) at the (rip). |
| 37 | | |
| 38 | Q: | At the (rip). |
| 39 | | |
| 40 | A: | Mm-hm. |
| 41 | | |
| 42 | Q: | Okay. So he'd be a good person to talk to. |
| 43 | | |
| 44 | A: | Oh, most definitely. |
| 45 | | |

| | | |
|---|---|---|
| 1126 | | |
| 1127 | A: | I imagine some of them are. |
| 1128 | | |
| 1129 | Q1: | What about the board? How much do you think they know? 'Cause a lot of |
| 1130 | | them, like then - you know, they're - they're - the - the farmers in the district |
| 1131 | | and they're... |
| 1132 | | |
| 1133 | A: | And the president of the board. Yeah, yeah. |
| 1134 | | |
| 1135 | Q: | So... |
| 1136 | | |
| 1137 | A: | Well, I do know - on that diversion, there was also another pump. So the water |
| 1138 | | would come in through the diversion. And (Michael Lindeman) - if you notice |
| 1139 | | all the ground around (John Bennett)'s house, that's all (Michael Lindeman)'s. |
| 1140 | | If you notice the - the last few years, he quit farming it because he used to get |
| 1141 | | - well, he - he's aware of it. Uh, they're aware of it being there 'cause they |
| 1142 | | have a little sump pump there that they would pull out and irrigate all that land |
| 1143 | | for free with that water that was coming through the diversion box, 'cause it |
| 1144 | | borders their property, if that makes any sense. |
| 1145 | | |
| 1146 | Q: | (Lindeman) did that? |
| 1147 | | |
| 1148 | A: | Yeah. |
| 1149 | | |
| 1150 | Q: | So he was aware of the diversion because he was stealing water from - well, |
| 1151 | | he was... |
| 1152 | | |
| 1153 | A: | On that... |
| 1154 | | |
| 1155 | Q: | Was he stealing water or was - it was known? |
| 1156 | | |
| 1157 | A: | No, it was - it - it was known because his guy - his foreman, (Tayo) would call |
| 1158 | | me and say hey, that diversion - he wouldn't call it the diversion. He'd ca- |
| 1159 | | we'd ca- used to call it the (Lin) drain 'cause it borders (Lindeman)'s |
| 1160 | | property. So it's called the (Lin) drain. He'd say hey, the (Lin) drain's running |
| 1161 | | really low. I think you guys need to put some more fresh water in there. I can't |
| 1162 | | run my pump to irrigate. |
| 1163 | | |
| 1164 | Q: | Where would the sump pump be? So if we - if we went back with satellite |
| 1165 | | pictures. |
| 1166 | | |
| 1167 | A: | It's still there. The pump's still there. But there's no meter on it. There was |
| 1168 | | never no meter. They would just run it - it would run about 2-1/2 to 3 CFS |
| 1169 | | max. |
| 1170 | | |

| | | |
|---|---|---|
| 1171 | Q: | And... |
| 1173 | A: | And that's - and he'd use that to irrigate. |
| 1175 | Q: | And how far from that, uh, valve would that be? |
| 1177 | A: | Well, it - well, you got, uh, you got (Oxford) road. And then the diversion would be over here. And we have the pump here that pumps it from here, over to this pond. And then this would be our main canal. And his pump was right here. And then our pump pumps into the water right there. |
| 1182 | Q: | Okay. So hi- diversion was over here. |
| 1184 | A: | The diversion's way over here. We'd fill up this pond. And then from this pond, it would pump over to this pond. And then he had a pump right there that he'd pull out of. Or sometimes he'd throw a booster pump and just drop it in there and run sprinklers. |
| 1189 | Q: | That (Mike)? |
| 1191 | A: | Yeah. |
| 1193 | Q: | So these guys, they don't want (Dennis) out because they're getting free water and all sorts of stuff. So if we do go talk to these board members, they're gonna be blowing smoke up our butts, huh? Or do you think, uh... |
| 1197 | A: | I - it depends on how you squeeze them. |
| 1199 | Q: | Well, so are you saying that you think all of them know about the diversion... |
| 1201 | A: | No, 'cause if... |
| 1203 | Q: | ...and the funny business? |
| 1205 | A: | No. 'Cause if they all knew about it, they'd all want a better water rate. You see what I'm seeing - you see what I'm saying? |
| 1208 | Q: | Well, let me - let's just go down the - so what about (Bennett)? Let's start with him. What - what is - what do you think of him? |
| 1211 | A: | Mm, I don't really know too much on him. I mean, I - I know - I know him personally 'cause I used to work at - 'cause he's part owners at (Ingemar) Packing. |
| 1215 | Q: | Mm-hm. |

FALASCHI_00007249