OLIVER W. WANGER, Bar No. 40331
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
P.O. Box 28340
Fresno, CA 93729
Telephone: (559) 233-4800
Fax: (559) 233-9330
owanger@wjhattorneys.com

MARC DAYS, Bar No. 184098
Days Law Firm
1107 R Street
Fresno, CA 93721
Telephone: (559) 708-4844
Fax: (559) 486-1826
marcdays@dayslawfirm.com

JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
balazslaw@gmail.com

Attorneys for Defendant
DENNIS FALASCHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:22-CR-00103-JLT |
| Plaintiff, | **STIPULATION TO MOTIONS SCHEDULE; ORDER** |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

# STIPULATION

1. On December 2, 2022, Defendant will file a motion to sever and a motion to dismiss.

2. Based on Defendant filing the motions on December 2, 2022, counsel agree and stipulate that the following motions schedule shall apply as to these motions.

    a) Opposition to motions shall be filed no later than January 6, 2023.

    b) Replies shall be filed no later than January 18, 2023.

    c) The Court will hold a hearing on the motions on January 23, 2023, at 10:00 a.m.

**IT IS SO STIPULATED**

Dated: December 2, 2022        PHILLIP A. TALBERT
                               United States Attorney

                               /s/ Joseph D. Barton
                               JOSEPH D. BARTON
                               Assistant United States Attorney

Dated:  December 2, 2022       /s/ Oliver W. Wanger
                               OLIVER W. WANGER

                               /s/ Marc Days
                               MARC DAYS

                               /s/ John Balazs
                               JOHN BALAZS

                               Attorneys for Defendant
                               DENNIS FALASCHI

# ORDER

IT IS SO ORDERED.

Dated:  **December 2, 2022**                    _____
                                                UNITED STATES DISTRICT JUDGE