Marc Days, CA Bar #184098
Days Law Firm
1107 R Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
DENNIS FALASCHI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:22-cr-00103 JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER |
| v. | Date:   February 1, 2023 |
| DENNIS FALASCHI | Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the Status Conference scheduled for February 1, 2023, may be continued until May 3, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The government has produced discovery to defense counsel.  Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through May 3, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated:  January 25, 2023

/s/ Marc Days
MARC DAYS
Attorney for Dennis Falaschi

Dated:  January 25, 2023

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Upon the parties' stipulation and for good cause shown, the Status Conference scheduled for February 1, 2023, is continued until May 3, 2023, at 1:00 p.m. before the Honorable Sheila K. Oberto.  The period through May 3, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

**IT IS SO ORDERED.**

Dated:     1/26/2023

_Sheila K. Oberto_
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

U.S. v. Falaschi, 1:22-cr-00103 JLT-SKO
Stipulation to Continue;  [Proposed] Order.