OLIVER W. WANGER, Bar No. 40331
Wanger Jones Helsley PC
265 E. River Park Circle, Suite 310
P.O. Box 28340
Fresno, CA 93729
Telephone: (559) 233-4800
Fax: (559) 233-9330
owanger@wjhattorneys.com

MARC DAYS, Bar No. 184098
Days Law Firm
1107 R Street
Fresno, CA 93721
Telephone: (559) 708-4844
Fax: (559) 486-1826
marcdays@dayslawfirm.com

JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
balazslaw@gmail.com

Attorneys for Defendant
DENNIS FALASCHI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS FALASCHI,<br><br>    Defendant. | No.  1:22-cr-00103-JLT-SKO<br><br>**Defendant Dennis Falaschi's Surreply**<br><br>*Request for Evidentiary Hearing* |

For purposes of a complete record, the defense submits this surreply to the government's amended reply to defendant's supplemental brief. [Dkt 41]. In the amended reply, the government states: "The drain was controlled by a gate that had been cemented closed years earlier and for which the water authority had no record." [Dkt 41 at 2:2-3]. If this is meant to infer that the water authority would have cemented closed a gate in the standpipe, but no record exists corroborating such, the inference is false.[1]

The water authority would never put a gate on a farmer's standpipe or on a standpipe in a water district ditch. Consistent with how the water authority knowingly allowed water to seep through drains in the wall of of the Delta Mendota Canal (DMC) near MP 94.58, MP 91.71, and MP100.23, ***the water authority did nothing to repair the standpipe near MP 94.58 when it repeatedly cracked from seeping DMC water and "kept flooding" the field*** of Panoche Water District (PWD) board chairman Mike Linneman. [Exhibit A at ln. 414-441].[2] Ralph Marquez, a maintenance worker with PWD since 1984, told the government that "over and over and over" again he had to plug the standpipe with cement to prevent flooding and that he believed the standpipe was going to completely break and not only flood the PWD chairman's farm but the rest of the area. *Id*.

Dated:  February 23, 2023        Respectfully submitted,

/s/ Oliver W. Wanger
OLIVER W. WANGER

/s/ Marc Days
MARC DAYS

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
DENNIS FALASCHI

---

[1] The gate was in a standpipe. [Dkt 1 at ¶12]. The standpipe is depicted in a photograph in the indictment. *Id.* at ¶13. As shown in the indictment photograph, the standpipe is in a Panoche Water District (PWD) controlled ditch near Delta Mendota Canal (DMC) milepost (MP) 94.58. *Id*.

[2] Attached as **Exhibit A** are excerpts from the transcript of the September 7, 2016, interview of Ralph Marquez, produced by the government in discovery.

**EXHIBIT A**

Excerpts from the transcript of the September 7, 2016, interview of Ralph Marquez.

INTERVIEW WITH JOSH MARQUEZ AND RAPHAEL MARQUEZ
Interviewer: SA Jon Cusak
9-07-16
Case # 194A-SC-6676130
Page 1

## INTERVIEW WITH JOSH MARQUEZ AND RAPHAEL MARQUEZ
**Q=SA Jon Cusak**
**Q1=Grant Rabenn**
**Q2=Jennifer Jones**
**Q3=Mark Silva**
**Q4=Vince Haecker**
**Q5=Ray LeLoup**
**A=Josh Marquez**
**A1=Raphael Marquez**

Q: This is Special Agent (Jonathan) Cusak with the FBI. It is, um - uh, September the 7th, 2016. We are doing a recording with...

Q1: Grant Rabenn.

Q2: Jennifer Jones.

Q3: Mark Silva.

Q4: Vince Haecker.

Q5: Ray LeLoup.

A: Josh Marquez.

A1: Raphael Marquez.

Q: Okay. Like I said, just pretend it's not there. Cover it up, make it - you know. But, uh - all right. So just a little background on what happened was we went and talked to (Ralph). Mark and I went over and talked to (Ralph) over by one of those noisy pump stations, uh, was it maybe two weeks ago or so? And (Ralph) told us that, you know, he's gonna be honest and he knows what's happening and - and he just came straight up and - and told us what was going on and so we - we had a short conversation with him and we talked a little bit about the grand jury subpoenas, that we were gonna issue those out. And you guys probably got those, right?

A1: Mm-hm.

INTERVIEW WITH JOSH MARQUEZ AND RAPHAEL MARQUEZ
Interviewer: SA Jon Cusak
9-07-16
Case # 194A-SC-6676130
Page 10

| | | |
|---|---|---|
| 406 | A1: | No. |
| 407 | | |
| 408 | Q5: | ...in the stand pipe? |
| 409 | | |
| 410 | A1: | In the pipe. On the - on the discharge of that pipe. |
| 411 | | |
| 412 | Q5: | Okay. |
| 413 | | |
| 414 | A1: | And what was happening, it kept flooding the farmer's field, which w- |
| 415 | | belongs to (Linemon). See? So what they told me is just when they - when |
| 416 | | they told us, "Why - why is that thing flooding that - that - that farmer's |
| 417 | | field?" And I said, "Well, because that - there's no gate in there, the gate is all |
| 418 | | messed up in there and there's - all the water's going through there." |
| 419 | | |
| 420 | Q5: | There's no way to shut it off. |
| 421 | | |
| 422 | A1: | There's no way to shut it off. I go, "As long as they keep having the canal |
| 423 | | high, when they raise the canal high that water's gonna run over." |
| 424 | | |
| 425 | Q5: | Too much pressure. |
| 426 | | |
| 427 | A1: | Yeah. And - because, see, 'cause that farmer uses that g- he used to use that |
| 428 | | for - the drain. |
| 429 | | |
| 430 | Q4: | It's - it's gone dark. (Unintelligible). |
| 431 | | |
| 432 | A1: | That - that farmer used to use that drain for their till water on that field. See? |
| 433 | | So when they - so it was - oh, I - I kept going over and over and over and |
| 434 | | putting concrete with it, to plug it up. |
| 435 | | |
| 436 | Q5: | Okay. |
| 437 | | |
| 438 | A1: | To slow it down. I told him one day, I said, "Look, that thing is not gonna - |
| 439 | | and - and one of these days it's gonna break completely and you gonna flood |
| 440 | | not only the farm but the rest of the area." |
| 441 | | |
| 442 | Q4: | Who were you telling that to? |
| 443 | | |
| 444 | A1: | My boss. And no, (Jeff) - (Jeff), uh... |
| 445 | | |
| 446 | Q5: | (Jaques)? |
| 447 | | |
| 448 | A1: | (Jaques). Now, he would go back - 'cause he was my foreman so they wo- he |
| 449 | | was - he would go back, talk to (Marcos) and - and Dennis. See? So then they |
| 450 | | - what they - what the DNC did, for some reason they dropped the canal all |