PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00103-JLT-SKO |
|---|---|
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

The parties plan to proceed with the status conference in this case that is scheduled for August 16, 2023, at 1:00 p.m., before the Hon. Sheila K. Oberto. The parties would like to schedule this case for trial starting on March 12, 2024. The parties would also like to discuss scheduling additional status conferences and a trial confirmation hearing for this case. Finally, the parties would like to discuss the timing for the other pending case against the defendant, *United States v. Dennis Falaschi*, 1:23-cr-00016-JLT-SKO.

///

///

///

| | |
|---|---|
| Dated:  August 11, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | By: */s/ Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney |
| Dated:  August 11, 2023 | |
| | By: */s/ Marc Days*<br>MARC DAYS<br>Counsel for Dennis Falaschi |