PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00103-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the Status Conference scheduled for October 18, 2023, at 1:00 p.m., may be continued until December 6, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The government would like to keep a status conference on the calendar in the event any issues arise.  The government will agree to further continue the status conference if Mr. Falaschi's counsel is assigned out to trial and anticipated to be in trial on another case on December 6, 2023.

///

///

///

1    This case has been scheduled for trial in March 2024 and time has been excluded through

2    that date.  Therefore, there is no need for a further exclusion.

3

4

5    Dated:  October 12, 2023                  /s/ Marc Days
                                                MARC DAYS
6                                               Counsel for Dennis Falaschi

7

8    Dated:  October 12, 2023                  /s/ Joseph Barton
                                                JOSEPH BARTON
9                                               Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00103-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled

for October 18, 2023, at 1:00 p.m., is continued until December 6, 2023, at 1:00 p.m., before the

Honorable Sheila K. Oberto.

IT IS SO ORDERED.

DATED:   10/12/2023

_Sheila K. Oberto_
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE