PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00103-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the Status Conference scheduled for December 6, 2023, at 1:00 p.m., may be continued until January 17, 2024, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government would like to keep a status conference on the calendar in the event any issues arise prior to trial, which is scheduled to start on March 12, 2024.

///

///

///

Time has already been excluded through the trial date. Therefore, there is no need for a further exclusion.

Dated:  November 29, 2023         /s/ Marc Days
                                  MARC DAYS
                                  Counsel for Dennis Falaschi


Dated:  November 29, 2023         /s/ Joseph Barton
                                  JOSEPH BARTON
                                  Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00103-JLT-SKO |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for December 6, 2023, at 1:00 p.m., is continued until January 17, 2024, at 1:00 p.m., before the Honorable Sheila K. Oberto.

IT IS SO ORDERED.

DATED: 11/29/23

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE