PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00103-JLT-SKO |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for January 17, 2024, at 1:00 p.m., before the Hon. Sheila K. Oberto, may be vacated. The parties agree they are ready to proceed with a trial confirmation hearing as scheduled by the Court and they are ready to start trial on March 12, 2024, before the Hon. Jennifer L. Thurston. Time has been excluded through the trial date and there is no need for a further exclusion.

///

///

///

Dated: January 10, 2024

/s/ Marc Days
MARC DAYS
Counsel for Dennis Falaschi

Dated: January 10, 2024

/s/ Joseph Barton
JOSEPH BARTON
HENRY CARBAJAL III
Assistant United States Attorneys

**ORDER**

Upon the parties' stipulation and for good cause shown, the status conference scheduled for January 17, 2024, at 1:00 p.m., before the Honorable Sheila K. Oberto, is vacated.

IT IS SO ORDERED.

DATED: 1/10/2024

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE