PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00103-JLT-SKO |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SCHEDULE A CHANGE OF PLEA HEARING |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the trial scheduled to start on March 12, 2024, may be vacated and that a change of plea hearing may be scheduled for March 11, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act has already been excluded through March 12, 2024.

Out of an abundance, the parties request that the Court further exclude time under the Speedy Trial Act from February 5, 2024, through March 11, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: February 5, 2024

*/s/ Marc Days*
MARC DAYS
Counsel for Dennis Falaschi

Dated: February 5, 2024

*/s/ Joseph Barton*
JOSEPH BARTON
HENRY CARBAJAL III
Assistant United States Attorneys

**ORDER**

Upon the parties' stipulation, and for good cause shown, the trial that is scheduled to start on March 12, 2024, is vacated and a change of plea hearing is scheduled for March 11, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act has already been excluded through March 12, 2024.

The Court further excludes time under the Speedy Trial Act from February 5, 2024, through March 11, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **February 5, 2024**

UNITED STATES DISTRICT JUDGE