PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS FALASCHI, <br><br> Defendant. | Case No. 1:22-cr-00103-JLT-SKO <br><br> MOTION TO CONTINUE CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED between the parties that the change of plea hearing scheduled for March 11, 2024, may be continued until April 22, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The parties have met and conferred on two occasions since vacating the trial date in early February. The government has produced additional, newly acquired discovery to defense counsel, and defense counsel has produced reciprocal discovery to the government. The parties are reviewing and considering this discovery in connection with the plea offer to Mr. Falaschi. Therefore, the parties request more time to finalize a plea agreement.

///

///

The parties request that the Court exclude time under the Speedy Trial Act from March 4, 2024, through April 22, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: March 4, 2024

*/s/ Marc Days*
MARC DAYS
Counsel for Dennis Falaschi

Dated: March 4, 2024

*/s/ Joseph Barton*
JOSEPH BARTON
HENRY CARBAJAL III
Assistant United States Attorneys

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00103-JLT-SKO |
|---|---|
| Plaintiff, | ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| DENNIS FALASCHI, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the change of plea hearing that is scheduled for March 11, 2024, is continued until April 22, 2024, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Time is excluded under the Speedy Trial Act from March 4, 2024, through April 22, 2024, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **March 6, 2024**

_____
UNITED STATES DISTRICT JUDGE